**RABICOFF LAW** LLC
5680 KING CENTRE DR, SUITE 645
ALEXANDRIA, VA 22315

(773) 669 4590
ISAAC @ RABILAW.COM

**RECEIVED**
April 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____lad_____
                    DEPUTY

<u>VIA ECF</u>

April 1, 2021

United States District Court Clerk's Office
United States District Court, Western District of Texas
United States Courthouse
800 Franklin Ave., Room 380
Waco, Texas 76701

Re:   *Sockeye Licensing TX LLC v. Actions Microelectronics Co., Ltd.*
      Civil Action No.: 6:21-cv-00288-ADA (W.D. Tex.)

Dear Leigh Anne,

This letter is to request service of documents pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on the party listed below. I am preparing this request based on instructions published by the US District Clerk's Office for the Southern District of New York at this URL: https://nysd.uscourts.gov/forms/foreign-mailing-instructions.

The party to be served is:

Actions Microelectronics Co., Ltd.
201, No.9 Building, Software Park
KeJiZhong Er Road, GaoXinQu, NanShan
Shenzhen, China 518057

The documents to be served on Defendant are as follows:

1.   A copy of the summons issued and addressed to Defendant (ECF No. 6); and
2.   A copy of the complaint, exhibits to the complaint and civil cover sheet (ECF 1 – 1-10).

The above documents are enclosed with this letter.

Please send these documents via FedEx. To facilitate this, I have attached:

1.   One FedEx container containing the above referenced document; and
2.   An international FedEx air waybill, pre-addressed to Actions Microelectronics Co., Ltd. and pre-paid. The airbill has been affixed to the FedEx container by a FedEx employee.

Please seal the enclosed FedEx container and request a pick-up by FedEx to effectuate service.

If you have any questions regarding this matter, please do not hesitate to contact me at (773) 669-4590 or by email at isaac@rabilaw.com.

We appreciate your consideration of this request.

Sincerely,

/s/ Isaac Rabicoff
Isaac Rabicoff



1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

   Note:To review or print individual labels, select the Label button under each label image above.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Pickup

### FedEx Pickup Confirmation—FedEx Express ACTA3

| | | | |
|---|---|---|---|
| Country/Territory | **United States** | **FedEx Express** | **Confirmation no. ACTA3** |
| Company | **US DISTRICT CLERKS OFFICE** | Pickup date | **04/07/2021** |
| | | Total no. of packages | **2** |
| Contact name | **Leigh Anne Diaz** | Total weight | **2 lbs** |
| Address 1 | **800 Franklin Ave, Room 380** | Pickup time | **8:00am - 5:00pm** |
| Address 2 | **21cv308, 21cv288** | | |
| City | **Waco** | | |
| State | **Texas** | | |
| ZIP | **76701** | | |
| Phone no. | **7736694590** | | |