AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**SOCKEYE LICENSING TX LLC,**
*Plaintiff*

V.                                            Civil Action No. **6:21-CV-00288-ADA**

**ACTIONS MICROELECTRONICS CO., LTD.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Actions Microelectronics Co., Ltd.
     201, No.9 Building, Software Park,
     KeJiZhong Er Road, GaoXinQu, NanShan
     Shenzhen, China

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

         Isaac Rabicoff
         Rabicoff Law LLC
         5680 King Centre Dr, Suite 645
         Alexandria, VA 22315

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2021-09-01 08:20:59**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21–CV–00288–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐  I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐  I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐  I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify):_____
    _____
    _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                            *Server's signature*

                                            _____
                                                            *Printed name and title*

                                            _____
                                                            *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

ATTORNEY(S) RABICOFF LAW LLC PH: (773) 669-4596
5680 KING CENTRE DRIVE, SUITE 645 ALEXANDRIA, VA 22315

Index: 6:21-cv-00288-ADA
Date Filed: 09/01/2021
Court/Return Date:
File #

*Sockeye Licensing TX LLC*
Plaintiff

vs

*Actions Microelectronics Co., Ltd.*
Defendant

STATE OF Texas, COUNTY OF Travis SS.:

Mike Techow, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 9/9/21 at 2:20 (AM/**PM**)
at Texas Secretary of State, 1019 Brazos, Austin, TX 78710, deponent served the within
2 Copies of Summons in a Civil Action and Complaint for Patent Infringement, Exhibits A - I and Supporting Documents

on Actions Microelectronics Co., Ltd. therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION LLC/LLP** [✓] By delivering thereat a true copy of each to Webb Jerome and that deponent knew the person so served to be the Authorized Agent of the entity, and authorized to to accept service on behalf of the Corporation/Government Agency/Entity.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** On _____, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
[ ] and by Certified Mail # _____
Address confirmation: _____

**#7 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: F  Color of skin: Black  Color of hair: Black  Age: 35  Height: 5
Weight: 100  Other Features: _____

**#8 WIT. FEES** [ ] $55 the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

**#10 OTHER** [ ]

Sworn to before me on 9/9/21

NOTARY PUBLIC
SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131068011

_____
Process Server, Please Sign

Job # 2121390